IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES NEUMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-cv-00594-DRH-DGW |
| | ) |
| STATE OF ILLINOIS, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER TO SHOW CAUSE**

This matter is before the Court, *sua sponte*, on the issue of service of process. Plaintiff filed this action on August 9, 2010 seeking damages from numerous defendants for violations of his civil and constitutional rights stemming from an August 10, 2009 incident at the Circuit Court of Sangamon County, Illinois (Doc. 1). On December 3, 2010, the Court granted Plaintiff thirty additional days within which to effectuate service (Doc. 7). On January 6, 2011, the Court granted Plaintiff an additional sixteen days to effectuate service (Doc. 10). The Court warned Plaintiff that no further continuances would be granted. *Id.*

To date, defendants Terrance Corrigan, Suzanne Ushman, Daisy Doe, Andy Doe, Sangamon County Courthouse, Clerk's Office of the Sangamon County Courthouse, Greene County Courthouse, Jersey County Courthouse, Macoupin County Courthouse, Morgan County Courthouse, Scott County Courthouse have not been served and have not entered an appearance in this case.

Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, **in writing**, why this Court should not recommend dismissal of defendants Terrance Corrigan, Suzanne Ushman, Daisy Doe, Andy Doe, Sangamon County Courthouse, Clerk's Office of the Sangamon County Courthouse, Greene County Courthouse, Jersey County Courthouse, Macoupin County Courthouse, Morgan

County Courthouse, Scott County Courthouse for failure to prosecute. Plaintiff's response must be **received** by the Court no later than **February 16, 2011**. Plaintiff is warned that the failure to timely respond will result in a recommendation that all claims pending against the aforesaid defendants be dismissed with prejudice.

DATED: February 3, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**