IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES NEUMAN,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )          Case No. 10-cv-00594-DRH-DGW
                                       )
STATE OF ILLINOIS, et al.              )
                                       )
        Defendants.                    )

## ORDER

Pending before the Court is a Motion to Continue Scheduling Conference (Doc. 41) filed by Defendant Terence J. Corrigan and a Motion to Stay Discovery (Doc. 42) filed by Defendants the State of Illinois, the Office of the Attorney General, Lisa Madigan, Karen L. McNaught and Judge Leslie Graves. Plaintiff James Neuman filed a Motion to Agree on Discovery (Doc. 44), which the Court construes as a response in opposition to the Motion to Continue Scheduling Conference and Motion to Stay.

Having reviewed the pleadings, the Court finds good cause for continuing the scheduling conference and staying discovery. Accordingly, Defendants' Motions (Docs. 41 and 42) are **GRANTED**.

The Scheduling and Discovery Conference currently scheduled for March 23, 2011 at 1:30 p.m. is **RESET** for May 19, 2011 at 2:00 p.m. in the East St. Louis Federal Courthouse before Magistrate Judge Donald G. Wilkerson. The parties are to appear **in-person**.

Pursuant to Local Rule 16.2(a), the parties are to submit a Joint Report and Proposed Scheduling Order using the form provided in the Local Rules, seven days before the conference.

The signed and dated Joint Report and Proposed Scheduling and Discovery Order shall be emailed to dgwpd@ilsd.uscourts.gov.

**IT IS SO ORDERED.**

**DATED: March 16, 2011**

**DONALD G. WILKERSON**
**United States Magistrate Judge**