IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES NEUMAN,**

    Plaintiff,

    -vs-

**STATE OF ILLINOIS, et al,**

    Defendants.        NO. 10-CV-594-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 12, 2011, Judgment is entered in favor of the defendants, **STATE OF ILLINOIS, ILLINOIS ATTORNEY GENERAL OFFICE, SANGAMON COUNTY COURTHOUSE, GREENE COUNTY CIRCUIT COURTHOUSE, JERSEY COUNTY CIRCUIT COURTHOUSE, MACOUPIN COUNTY CIRCUIT COURTHOUSE, MORGAN COUNTY CIRCUIT COURTHOUSE, SCOTT COUNTY CIRCUIT COURTHOUSE, JUDGE LESLIE GRAVES, LISA MADAGIN, TERRANCE CORRIGAN, KAREN McNAUGHT, SUZANNE USHMAN, DAISY DOE and ANDY DOE,** and against the plaintiff, **JAMES NEUMAN.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that **JAMES NEUMAN** is **ORDERED** to pay a penalty of $3,000.00 to this Court and he is **PROHIBITED** from instigating further litigation in federal court until the penalty is paid in full. This case is **DISMISSED** with prejudice.

                      **NANCY J. ROSENSTENGEL,**
                      **CLERK OF COURT**


                      **BY:**      **/s/*Sandy Pannier***
                                **Deputy Clerk**

Dated: July 12, 2011

Digitally signed by David R. Herndon
Date: 2011.07.13 15:37:13 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT